UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32 BJ PENSION
FUND,

                    Plaintiff,

          -v.-

ALLIED CLEANING AND MAINTENANCE
CORP. et al.,

                    Defendants.

24 Civ. 8824 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

Upon Plaintiff's application, ECF Nos. 48-58, on February 7, 2025, the Clerk of Court issued a certificate of default as to each Defendant in this ERISA action, ECF Nos. 59-63. On February 11, 2025, Plaintiff moved for a default judgment, ECF No. 64, and filed an affirmation and memorandum of law in support, ECF Nos. 65, 66.

If Defendants wish to oppose the motion, then their counsel shall, (1) by **December 5, 2025**, enter a notice of appearance, and (2) by **December 9, 2025**, file an opposition explaining why a default judgment is not warranted.

Plaintiffs have already filed proof of service of their papers in support of the motion for a default judgment. ECF No. 67. By no later than **December 1, 2025**, Plaintiff shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated: November 26, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge